In the Matter of the Claim of RUTH MACHOLD, Respondent, v. BENDIX CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. — GABRIELLI, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.